**FILED
CLERK**

10/11/2018 10:46 am

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE MIRANDA and JOSE RODAS-SORTO,
on behalf of themselves and all other persons
similarly situated,

                  Plaintiffs,

      -against-

WATRAL BROTHERS, INC., WATRAL
CONTRACTING CORP., WATRAL & SONS, INC.,
THOMAS WATRAL and JOHN WATRAL,

                  Defendants.
-----------------------------------------------------------------X

17-CV-5797
JMA-GRB

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Parties, subject to the approval of the Parties' settlement agreement and entry by the Court of this stipulation, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, except that this Court shall retain jurisdiction to enforce the terms of the Agreement.

**[THIS SPACE LEFT BLANK INTENTIONALLY]**

15

A copy of the signatures on this Stipulation shall serve the same purposes as an original signature.

Dated: Commack, New York

September 10, 2018

Law Office of Peter A. Romero PLLC

/s/ Peter Romero

Peter Romero, Esq.
845 Veterans Highway
Hauppauge, NY 11788
(t) 631-257-5588
promero@romerolawny.com
Attorneys for Plaintiffs

The Ziskin Law Firm, LLP

/s/ Richard B. Ziskin

Richard B. Ziskin, Esq.
6268 Jericho Turnpike, Suite 12A
Commack, NY 11725
(t) 631-462-1417
(f) 631-462-1486
richard@ziskinlawfirm.com
Attorneys for Defendants

Case closed.

So Ordered:

/s/ JMA, USDJ        10/11/2018

16